UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. ANGELA; JACK ST. CLAIRE;<br>GRACE SENG; ERIC MARVEL;<br>JUSTINE TUDOR; STEVEN SMITH;<br>FNU DOWBAK,<br><br>　　　　Defendants. | Case No. 1:19-cv-00894-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION<br><br>(Doc. No. 19) |

　　　Pending before the Court is Plaintiff's "request attachment to Exhibit (C)" construed as a motion under Fed. R. Civ. P. 15, filed on June 22, 2020. (Doc. No. 19). Plaintiff is a state prisoner proceeding *pro se* in this rights action filed under 42 U.S.C. § 1983. Plaintiff's second amended complaint is before the court for screening. (Doc. No. 17, "SAC").

　　　Plaintiff requests to attach and incorporate by reference various exhibits to his SAC exhibits, specifically 18 typewritten pages. (*Id.*). *Inter alia*, these pages contain the job descriptions for a warden and the biography of Secretary of the CDCR Ralph Diaz. The exhibits are not indexed or specifically referenced in the SAC. Some of the exhibits contain Plaintiff's handwritten notes or portions of certain documents are circled, underlined or contain arrows pointing to specific parts of the document. (*See generally id.*).

　　　Rule 15 permits one amendment as a matter of course, but in all other cases Court leave

must be granted, or with the opposing party's written consent.  Fed. R. Civ. P. 15.  Rule 15(a)(1)(b) requires a complaint be a free-standing document and include all exhibits attached thereto.  Rule 15(d) governs supplemental pleadings and provides that the Court may permit supplemental pleadings to set forth any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.

To the extent Plaintiff seeks to incorporate these papers as exhibits to his SAC, the motion is denied.  The SAC already attaches nearly 300 pages of exhibits.  As noted above, the documents Plaintiff subsequently seeks to attach are not refenced in his SAC and consist of job descriptions or other general information concerning the roles of warden and Secretary of the CDCR.  This information is superfluous or extraneous and not pertinent to prosecution of the case.  *See e.g. Fairfield v. Khoo*, 1:19-cv-00632-DAD-HBK, 2021 WL 1178261, *1-*2 (E.D. Cal. March 29, 2021) (granting motion to strike unrelated exhibits in response to motion for summary judgment).  The motion neither constitutes a Rule 15(d) request to supplement and violates Rule 15(a)(1)(b).  Further, the Court does not accept piecemeal pleading and/or reassemble a litigant's pleadings.

Accordingly, it is **ORDERED**:

Plaintiff's motion (Doc. No. 19) is DENIED.

Dated:    June 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE