1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEJANDRO MADRID,                          Case No.  1:19-cv-00894-HBK (PC)

12              Plaintiff,                       ORDER DIRECTING PLAINTIFF TO
                                                 CONFIRM CURRENT ADDRESS AND
13        v.                                     DIRECTING CLERK TO PROVIDE
                                                 COURTESY COPY OF CHANGE OF
14   JACK SINCLAIR and STEVEN SMITH,             ADDRESS FORM

15              Defendants.

16

17        The Court is in receipt of a letter from Renee Madrid, who identifies herself as pro se

18   Plaintiff Alejandro Madrid's wife.  (Doc. No. 40).  She writes that Plaintiff has been in and out of

19   the hospital for treatment for his liver cancer and was recently transferred to the "Stockton Health

20   Care Prison."[1]  The Court construes Ms. Madrid's letter as a notice of change of address on behalf

21   of Plaintiff.

22        Because Ms. Madrid is not an attorney of record nor the pro se party to this lawsuit the

23   Court cannot effectuate a change of address at her request.  However, the Court will direct the

24   Clerk of Court to send copies of this Order to Plaintiff's current address of record at Valley State

25   Prison and to California Health Care Facility ("CHCF"), at Plaintiff's attention, and direct

26   Plaintiff upon receipt to confirm his current address for service of future Court mailings.  If

27   Plaintiff confirms he has been transferred to CHCF the Court will update his address of record

28   _____
     [1] The Court assumes Ms. Madrid is referring to CDCR's California Health Care Facility in Stockton.

1  accordingly.

2     Accordingly, it is **ORDERED**:

3     1.  The Clerk of Court is directed to mail a copy of this Order to (1) Plaintiff's address of

4         record at Valley State Prison and (2) to Plaintiff's attention at the California Health Care

5         Facility in Stockton, California and include a Notice of Change of Address form.

6     2.  Within **fourteen (14) days** of receipt of this Order, Plaintiff shall complete the enclosed

7         Notice of Change of Address form if he wishes to change his current address of record

8         from Kern Valley State Prison to the California Health Care Facility in Stockton,

9         California.

10

11  Dated:    June 26, 2023

12                                            HELENA M. BARCH-KUCHTA
                                             UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28