UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK SINCLAIR and STEVEN SMITH,<br><br>    Defendants. | Case No. 1:19-cv-00894-HBK (PC)<br><br>ORDER DIRECTING CLERK TO RESEND ORDER AND FOR PLAINTIFF TO CONFIRM HIS CURRENT ADDRESS |

    This matter comes before the Court upon periodic review of the file. On June 26, 2023, the Court previously issued an Order directing Plaintiff to confirm a change of address that was purportedly reported by his wife in a letter to the Court. (Doc. Nos. 40, 41). The Court directed the Clerk of Court to send a courtesy copy of the Order both to Plaintiff's address of record at Valley State Prison in Chowchilla, CA, and to his attention at California Health Care Facility in Stockton, CA, where Plaintiff's wife indicated he had been transferred due to a terminal illness. (*Id*. at 2). Upon review of the docket, it is unclear whether the Clerk of Court mailed a copy of the Order to Plaintiff's purported new address at the California Health Care Facility as the docket reflects only that the Order sent to Plaintiff's address of record at Valley State Prison was returned Undeliverable. (See docket entry dated July 7, 2023).

    IN an abundance of caution, the Court will redirect the Clerk of Court to resend a copy of the June 26, 2023 Order and this Order to Plaintiff's attention at California Health Care Facility,

with a Notice of Change of Address form.  Considering Plaintiff's reported terminal illness, the Clerk of Court is also directed to send a courtesy copy of this Order to Ms. Madrid at the address provided in her June 1, 2023 letter.  (Doc. No. 40).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to mail a copy of this Order and a copy of the Court's June 26, 2023 Order (Doc. No.41) to:
    a. Plaintiff's attention at the California Health Care Facility, 7707 Austin Road, Stockton, CA 95215 and include a Notice of Change of Address form, for Plaintiff use if appropriate; and
    b. Renee Madrid at 733 Edan Avenue, Stockton, CA 95207.  (*See* Doc. No. 40).
2. Within **fourteen (14) days** of receipt of this Order, Plaintiff shall complete the enclosed Notice of Change of Address form if he wishes to change his current address of record from Valley State Prison to the California Health Care Facility in Stockton, California.

Dated:    September 29, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE